DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILLIE MAE BELL,**
Appellant,

v.

**THE HERTZ CORPORATION,**
Appellee.

No. 4D2025-1335

[November 26, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE24003994.

Gregory D. Curtis of The Law Office of Gregory D. Curtis, P.A., Miami Gardens, for appellant.

Evan S. Gilbert of Winston & Strawn LLP, Miami, and William C. O'Neil and J. Henry Blattner of Winston & Strawn, LLP, Chicago, Illinois, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***